**AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT**

I, Special Agent Angel L. Marcial, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

I am employed as a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations (HSI) in San Juan, Puerto Rico. I have been employed as a Special Agent since September 2008. I have received formal and on the job training and I am authorized to investigate violations of laws of the United States and to execute and serve any order, subpoena, summons, warrant, or other process issued under the authority of the United States. I am familiar with the statutes of the United States Code, and as a federal law enforcement officer, I have participated in investigations, surveillance, interviews, interrogations, arrests, searches, seizures, administration of oaths, and in taking and considering evidence concerning the privilege of any person to enter, reenter, pass through, or reside in the United States. Based on my law enforcement experience detailed herein, as well as my training, and experience of other law enforcement officers who are participating in this investigation, serve as the basis for the conclusion set forth herein.

This affidavit is intended to show merely that there is sufficient probable cause for the requested criminal complaint and does not set forth all my knowledge about this matter. I make this affidavit based on my own personal knowledge and on oral and written reports by other federal, state, and/or local law enforcement agents and officers that investigated this matter. This affidavit does not contain all the information derived from this investigation, only that which is sufficient to demonstrate probable cause to believe that a crime has been committed. Based on my training and experience and the facts set forth in this affidavit, there is probable cause to believe that violations of 8 U.S.C. §§ 1326(a) & (b)(2) – *reentry of removed alien*

*after an aggravated felony conviction* has been committed by Daniel RIVERA-MOLINA ("RIVERA-MOLINA").

## PROBABLE CAUSE

1. On October 27, 2025, at approximately 12:44pm, Homeland Security Investigations (HSI) Special Agents (SA) encountered Daniel RIVERA MOLINA, in Avenida Borinquen in San Juan, Puerto Rico. Upon attempting a consensual encounter, RIVERA MOLINA immediately fled on foot and was shortly apprehended without incident.

2. HSI SAs requested an identification, which RIVERA-MOLINA provided, and an immigration examination was performed on RIVERA-MOLINA. As a result, it was determined that RIVERA-MOLINA is a national and citizen of the Dominican Republic who illegally reentered the United States after having been removed and after having sustained an aggravated felony conviction.

3. HSI SAs conducted an immigration inspection on RIVERA-MOLINA to determine his admissibility and it was determined that RIVERA-MOLINA was not in possession of a valid unexpired immigrant visa, reentry permit, border crossing identification card, or other valid entry document, and a valid unexpired passport, or other suitable document, or document of identity and nationality to enter, pass through, or remain in the United States. HSI SAs determined that RIVERA-MOLINA is inadmissible to the United States, and SAs arrested and transported RIVERA-MOLINA to the ERO Office in Guaynabo, Puerto Rico, for further processing.

4. Record checks indicate that RIVERA-MOLINA was issued a Puerto Rico driver's license on January 30, 2025, which indicates that RIVERA-MOLINA a national and citizen of the Dominican Republic.

5. Immigration checks revealed that RIVERA-MOLINA is not a citizen or national of the United States. The subject is a citizen and national of the Dominican Republic who last entered the United States illegally on or near the year 2024, around the area of Aguadilla, Puerto Rico.

6. A review of RIVERA-Molina's criminal history revealed that on November 9, 2018, Deportation Officers of the Criminal Alien Program identified RIVERA- Molina, Daniel through the U.S. Bureau of Prisons Metropolitan Detention Center in Guaynabo, Puerto Rico, where he was incarcerated pending prosecution for the offense of possession of a firearm by a prohibited person, in violation of 18 U.S.C. § 922(g)(5), in criminal case number 18-70 (JAG). RIVERA-MOLINA was convicted of said offense, and on November 6, 2018, the Court sentenced him to time served (equivalent to over 9 months of imprisonment), to be followed by three years of supervised release.

7. After serving his sentence, he was placed in administrative removal proceedings as an aggravated felon. On November 9, 2018, an administrative order of removal was issued. Accordingly, on December 18, 2018, RIVERA-MOLINA was physically removed from the United States.

8. RIVERA-MOLINA is a national and citizen of the Dominican Republic who does not possess any immigration documents allowing him to enter and/or remain in the United States legally, to include but not limited to, the lack of express consent from the Attorney General of the United States or his successor, the Secretary of the Department of Homeland Security, to reapply for admission into the United States.  Furthermore, RIVERA-MOLINA was not inspected, admitted, or paroled into the United States by an Officer of the Bureau of Customs and Border Protection.

**CONCLUSION**

9. Based on the forgoing, and based upon my training, experience and participation in this and other investigations, I believe that sufficient probable cause exists to demonstrate that RIVERA-MOLINA reentered the United States after being removed resulting in violations to 8 U.S.C. §§ 1326(a) & (b)(2) – *reentry of removed alien after an aggravated felony conviction*.

Sworn by telephone pursuant to the requirements of Federal Rules Procedures 4.1 on this  29th  day of October 2025, at 11:09 a.m..

Respectfully submitted,

ANGEL L MARCIAL
Digitally signed by ANGEL L MARCIAL
Date: 2025.10.29 10:50:57 -04'00'

Angel L. Marcial
Special Agent
Homeland Security Investigation

Digitally signed by Hon. Giselle López-Soler

Giselle López-Soler
United States Magistrate Judge